UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYL CROCHET and ALEXANDRIA CROCHET, individually and on behalf of decedent, CHRISTOPHER CROCHET** | **CIVIL ACTION**<br><br>**NO. 22-01076** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **SEADRILL AMERICAS, INC., ABC INSURANCE COMPANY, WEST NEPTUNE, FRANK'S INTERNATIONAL, LLC, DEF INSURANCE COMPANY, LLOG EXPLORATION COMPANY, LLC d/b/a LLOG BLUEWATER HOLDINGS, LLC, and XYZ INSURANCE COMPANY** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## LIST OF PARTIES

NOW INTO COURT, through undersigned counsel, come defendants Frank's International, LLC, LLOG Exploration Company, LLC, and Seadrill Americas, Inc., and according to this Court's Removal Order (Rec. Doc. 5) and 28 USC § 1447(b), submit the following list of parties involved in the captioned action.

1. Plaintiffs, Cheryl Crochet and Alexandria Crochet, individually and on behalf of decedent, Christopher Crochet
   Through their counsel of record,
   Jerome H. Moroux
   Scott M. Richard
   Broussard & David, LLC
   557 Jefferson Street
   P.O. Box 3524
   Lafayette, Louisiana 70502-3524

2. Defendants, Frank's International, LLC, LLOG Exploration Company, LLC, and Seadrill Americas, Inc.
   Through their counsel of record,
   Evans Martin McLeod
   Justin C. Warner
   Magdalini Galitou
   Phelps Dunbar LLP

1

365 Canal Street, Suite 2000
New Orleans, LA  70130-6534

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   *s/ Evans Martin McLeod*
    Evans Martin McLeod (Bar #24846)
    Justin C. Warner (Bar #37349)
    Magdalini Galitou (Bar #38473)
    Canal Place | 365 Canal Street, Suite 2000
    New Orleans, Louisiana 70130
    Telephone: 504 566 1311
    Facsimile: 504 568 9130
    Email: marty.mcleod@phelps.com
    Email: justin.warner@phelps.com
    Email: magdalini.galitou@phelps.com

ATTORNEYS FOR DEFENDANTS FRANK'S INTERNATIONAL, LLC, SEADRILL AMERICAS, INC., AND LLOG EXPLORATION COMPANY, LLC