UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYL CROCHET and ALEXANDRIA CROCHET, individually and on behalf of decedent, CHRISTOPHER CROCHET** | **CIVIL ACTION**<br><br>**NO. 22-01076** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **SEADRILL AMERICAS, INC., ABC INSURANCE COMPANY, WEST NEPTUNE, FRANK'S INTERNATIONAL, LLC, DEF INSURANCE COMPANY, LLOG EXPLORATION COMPANY, LLC d/b/a LLOG BLUEWATER HOLDINGS, LLC, and XYZ INSURANCE COMPANY** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

**LLOG EXPLORATION COMPANY, LLC'S
CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes LLOG Exploration Company, LLC, and in compliance with Federal Rule of Civil Procedure 7.1, files this, its Corporate Disclosure Statement, and represents:

LLOG Exploration Company, LLC, is a privately owned company, which is wholly owned by LLOG Holdings, LLC, which is also a privately owned company. No publicly-traded company holds a ten percent (10%) or greater ownership interest in LLOG Exploration Company, LLC or LLOG Holdings, LLC.

**RESPECTFULLY SUBMITTED**, this 9th day of May, 2022.

1

PD.37376096.1

2

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   *s/ Evans Martin McLeod*
      Evans Martin McLeod (Bar #24846)
      Justin C. Warner (Bar #37349)
      Magdalini Galitou (Bar #38473)
      Canal Place | 365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130
      Telephone: 504 566 1311
      Facsimile: 504 568 9130
      Email: marty.mcleod@phelps.com
      Email: justin.warner@phelps.com
      Email: magdalini.galitou@phelps.com


ATTORNEYS FOR DEFENDANTS FRANK'S INTERNATIONAL, LLC, SEADRILL AMERICAS, INC., AND LLOG EXPLORATION COMPANY, LLC