# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| CHERYL CROCHET ET AL. | CIVIL ACTION NO. 22-1076 |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| SEADRILL AMERICAS INC ET AL. | MAGISTRATE JUDGE AYO |

## ORDER

Before this Court is a motion to remand filed by plaintiffs Cheryl Crochet and Alexandria Crochet ("Plaintiffs") (Record Document 13). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that, consistent with the report and recommendation, Plaintiffs' motion to remand (Record Document 13) is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 7th day of November, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT