UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CHERYL CROCHET ET AL**                    **CIVIL ACTION NO.  22-1076**

**VERSUS**                                  **JUDGE S. MAURICE HICKS, JR.**

**SEADRILL AMERICAS INC ET AL**             **MAGISTRATE JUDGE DAVID J. AYO**

## O R D E R

Before this Court is a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) filed by Defendants (Rec. Doc. 8). This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that, consistent with the report and recommendation, Defendants' motion for transfer of venue (Rec. Doc. 8) be **GRANTED** and, accordingly, the instant suit be transferred to the United States Court for the Eastern District of Louisiana and, specifically, to the docket of U.S. District Judge Mary Ann Vial Lemmon, before whom Plaintiffs' identical suit remains pending.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of January, 2023.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**